UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 6:16-cv-3393 |
| | : |
| T-N-T MCDONALD'S OF NIXA, LLC. | : |
| A Domestic Limited Liability Company | : |
| Defendant | : |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing the settlement and anticipate filing dismissal documents within thirty (30) days.

Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: February 27, 2017

                                                         Respectfully Submitted,

                                                         By: /s/ Pete M. Monismith
                                                         Pete M. Monismith, Esq.
                                                         3945 Forbes Ave., #175
                                                         Pittsburgh, PA 15213
                                                         Ph: 724-610-1881
                                                         Fax: 412-258-1309
                                                         Pete@monismithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this the 27th day of February 2017.

By: /s/ Pete M. Monismith