UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

GUADALUPE ADAMS, Individually,     )
                                   )
            Plaintiff,             )
                                   )
vs.                                )     Cause No. 6:16-cv-3393
                                   )
T-N-T McDONALD'S OF NIXA, LLC,     )
                                   )
            Defendant.             )

## JOINT STAUS REPORT

In accordance with the court's order dated March 1, 2017 (Document 18), the parties

come before this court and file a joint status report.  In support thereof, the parties state that

settlement has been reached in this matter.  All parties have fully executed the settlement

agreement and at this time Defendant's counsel is awaiting receipt of the settlement funds.  The

parties request additional time up to and including April 7, 2017, file to a dismissal in this matter.

FOX GALVIN, LLC

/s/ Dana Walker Tucker
Dana Walker Tucker, #43273
One S. Memorial Drive, 12th Floor
St. Louis, Missouri  63102
(314) 588-7000
(314) 588-1965 (Fax)
dredwing@foxgalvin.com

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Pete M. Monismith
Kansas Bar #26379
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
Pete@monismithlaw.com
ATTORNEY FOR PLAINTIFF

/s/ Dana Walker Tucker