# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-03393-CV-S-BP |
| | ) |
| T-N-T MCDONALD'S OF NIXA, LLC, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 6th day of April, 2017, the parties herein having filed a Joint Stipulation of Full and Final Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs except as otherwise agreed to in writing among the parties.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 4/7/2017